**11 CV 2671**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED APR 19 2011 U.S.D.C. S.D.N.Y. CASHIERS

| | |
|---|---|
| Alan Ginsberg, Individually and On Behalf of All Others Similarly Situated<br><br>-v-<br><br>Puda Coal, Inc., Ming Zhao, Liping Zhu, Qiong Wu, Jianfei Ni, C. Mark Tang, Lawrence Wizel, and Moore Stephens International Ltd. | *Plaintiff,*<br><br><br><br><br>Case No.:<br><br><br>*Defendant.* |

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

____Alan Ginsberg_____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: __4/20/11__

Signature of Attorney

Attorney Bar Code: __TM-8639__

Form Rule7_1.pdf SDNY Web 10/2007